901 A.2d 493

**Eugene LAMBERT, Appellant,**

v.

**DEPARTMENT OF CORRECTIONS, Secretary
Beard, S.C.I. Huntingdon, Appellees.**

Supreme Court of Pennsylvania.

July 18, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of July, 2006, the Order of the Commonwealth Court is hereby AFFIRMED.